**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
United States Attorney

*Kyle M. Herda, Esq.*
*Assistant United States Attorney*

970 Broad Street, Suite 700
Newark, NJ 07102
Kyle.herda@usdoj.gov

main: (973) 297-2024
direct: (973) 297-2053

November 18, 2026

**BY ECF**
Honorable Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *Jimenez Roman v. Warden*, No. 26-14631 (MCA)**
**Petitioner's Bond Hearing**

Dear Judge Arleo:

This Office represents Respondents in this habeas matter brought by a noncitizen challenging the legality of his detention by U.S. Immigration and Custom Enforcement ("ICE"). We respectfully write pursuant to the Court's November 12, 2026 Order, ECF No. 4, to confirm that Petitioner was provided the opportunity for a bond hearing on November 17, 2026. The immigration judge granted a request by Petitioner for a continuance and rescheduled the hearing to December 3, 2026. *See* Ex. A (Bond Hearing Order for Continuance). Respondents respectfully request leave of the Court to file an update regarding the bond hearing outcome on December 4, 2026. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Kyle M. Herda*
Kyle M. Herda
Assistant United States Attorney
*Attorneys for Respondents*

cc: Angel David Jimenez Roman, *pro se* (*via electronic filing and U.S. Mail*)

Elizabeth Contract Detention Facility
625 Evans Street
Elizabeth, NJ 07201

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 11/18/26